CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rho
MAY 14 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JORGE ESTRADA,** | ) | |
| | ) | |
| Petitioner, | ) | **Civil Action No. 7:07-cv-00082** |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Hon. Jackson L. Kiser** |
| | ) | **Senior United States District Judge** |
| Respondent. | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C.

§ 2255, is hereby **DISMISSED** as untimely filed and this action is stricken from the active

docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner.

ENTER: This _____14th_____ day of May, 2007.

Senior United States District Judge